# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| NING SUN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HEALTH NET OF CALIFORNIA, INC.,<br><br>　　　　Defendant. | CV 23-06451 TJH (SSCx)<br><br>Order<br><br>JS-6 |

　　The Court has considered Plaintiff's motion to remand [dkt. # 22] and Defendant's consent to remand [dkt. # 27].

　　**It is Ordered** that the motion to remand be, and hereby is, **Granted**.

Date: October 20, 2023

　　　　　　　　　　　　　　　　　　　　　_Terry J. Hatter, Jr._
　　　　　　　　　　　　　　　　　　　　　Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge